UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN CLIFFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-CV-1425-SEB-DML |
| | ) |
| FENTRESS ENVIRONMENTAL | ) |
| SERVICES, INC. d/b/a | ) |
| SERVICEMASTER BY F.E.S. | ) |
| and BRYCE BELLER | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Kevin Clifford, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against Defendants, Fentress Environmental, Inc. d/b/a Servicemaster by F.E.S. and Bryce Beller, with prejudice.

Respectfully submitted,

/s/Robert J. Hunt
Robert J. Hunt (#30686-49)
The Law Office of Robert J. Hunt, LLC
1905 South New Market Street, Ste 220
Carmel, Indiana 46032
Telephone:   (317) 743-0614
Facsimile:   (317) 743-0615
E-mail:   rob@indianawagelaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 13th day of August 2018, by way of U.S. First Class Mail upon the following Defendants:

Fentress Environmental Services, Inc.
d/b/a Servicemaster by F.E.S.
Bryce Beller
6006 E. 38th Street
Indianapolis, IN 46226

 

/s/Robert J. Hunt
Robert J. Hunt