Acknowledged.

This action is hereby dismissed with prejudice.

Date: 8/14/2018

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN CLIFFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-CV-1425-SEB-DML |
| | ) |
| FENTRESS ENVIRONMENTAL SERVICES, INC. d/b/a SERVICEMASTER BY F.E.S. and BRYCE BELLER | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Kevin Clifford, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against Defendants, Fentress Environmental, Inc. d/b/a Servicemaster by F.E.S. and Bryce Beller, with prejudice.

Respectfully submitted,

/s/Robert J. Hunt
Robert J. Hunt (#30686-49)
The Law Office of Robert J. Hunt, LLC
1905 South New Market Street, Ste 220
Carmel, Indiana 46032
Telephone:   (317) 743-0614
Facsimile:   (317) 743-0615
E-mail:      rob@indianawagelaw.com

Attorney for Plaintiff